IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY GRACE CARLYLE,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-2924 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 31st day of August, 2011, upon consideration of the plaintiff's request for review (Document #8), the defendant's response thereto (Document #9), and after careful review of the Amended Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS HEREBY ORDERED that:

1. The objections of the Commissioner (Document #14) are OVERRULED.

2. The Amended Report and Recommendation is APPROVED and ADOPTED.

3. The Plaintiff's request for reversal is GRANTED.

4. This matter is REMANDED to the Commissioner for further proceedings consistent with the Amended Report and Recommendation.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.